

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00080-CV

Michelle **ADAME**,
Appellant

v.

Arturo **DIAZ**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2020CV04024
Honorable John Longoria, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.
Costs of appeal are assessed against the party that incurred them.

SIGNED May 5, 2021.

_____
Lori I. Valenzuela, Justice